# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| JONATHAN D. CRUMLY, SR.,<br>    Plaintiff,<br><br>v.<br><br>COBB COUNTY BOARD OF COMMISSIONERS; TIM LEE, CHAIRMAN, in his official capacity; WOODY THOMPSON, VICE-CHAIRMAN, in his official capacity; HELEN GOREHAM, COMMISSIONER, in her official capacity; BOB OTT, COMMISSIONER, in his official capacity; and JOANN BIRRELL, COMMISSIONER in her official capacity; COBB COUNTY BOARD OF ELECTIONS AND VOTER REGISTRATION; JANINE EVERLER, DIRECTOR, in her official capacity,<br>    Defendants. | CIVIL ACTION NO:<br>1:12-cv-01301-SCJ |

## CERTIFICATE OF SERVICE

I certify that I have this day served a copy of the **NOTICE** (Doc. No. 3) and **ORDER** (Doc. No. 4) to counsel for Defendants by email and first class mail addressed as follows:

> Gregg E. Litchfield, Esq.
> **Haynie, Litchfield & Crane, P.C.**
> 222 Washington Avenue
> Marietta, Georgia 30060
> gel@hlclaw.com (email)

This 24th day of April, 2012.

/s/Jonathan D. Crumly, Sr.
Jonathan D. Crumly, Sr.
Georgia Bar No. 199466
jcrumly@manercc.com